**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YINLONG ZHANG,<br><br>                Petitioner,<br><br>   v.<br><br>KRISTI NOEM, et al.,<br><br>             Respondents. | Case No. 5:26-cv-00530-JLS-PD<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). No objections to the Report have been filed.

The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is denied, and judgment will be entered dismissing the Petition with prejudice.

DATED: June 24, 2026

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE