# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINLONG ZHANG,<br><br>                Petitioner,<br><br>     v.<br><br>KRISTI NOEM, et al.,<br><br>                Respondents. | Case No. 5:26-cv-00530-JLS-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  June 24, 2026

_____

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE